
DOCKET NO. 539

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE CONSTITUTIONAL LITIGATION INVOLVING THE TELACU-AFFILIATED COMPANIES

ORDER DENYING TRANSFER

This litigation consists of the two actions, listed on the attached Schedule A, pending in the District of the District of Columbia, and the single action, listed on the attached Schedule A, pending in the Central District of California.  Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, brought by Telacu Investment Company, Inc., (Telacu), for transfer of the California action to the District of the District of Columbia for coordinated or consolidated pretrial proceedings with the actions pending there.  Telacu is the plaintiff in one of the District of Columbia actions and is the defendant in the California action.  Telacu's parent corporation's parent, the plaintiff in the other District of Columbia action, supports the motion.  The United States, which is the plaintiff in the California action, and whose agency or employee is the defendant in the District of Columbia actions, opposes transfer.

On the basis of the papers filed and the hearing held, we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation.  Given the minimal number of actions before us, movant has failed to persuade us that any common questions of fact involved in these actions are sufficiently complex, and that the accompanying discovery will be so time-consuming, as to justify Section 1407 transfer.  See In re Scotch Whiskey Antitrust Litigation, 299 F. Supp. 543, 544 (J.P.M.L. 1969).  Furthermore, we point out that suitable alternatives to transfer exist in order to minimize the possibility of duplicative discovery and/or conflicting pretrial rulings.  See, e.g., In re Eli Lilly and Company (Cephalexin Monohydrate) Patent Litigation, 446 F. Supp. 242, 244 (J.P.M.L. 1978).1/

---

1/   We have been informed that motions to transfer the District of Columbia actions to the Central District of California pursuant to 28 U.S.C. §1404 have been filed by the federal defendants in the District of the District of Columbia actions.  In denying the Section 1407 motion presently before us, we intimate no view, of course, on the merits of the Section 1404 motions pending before the court in the District of the District of Columbia.

IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED.

FOR THE PANEL:

*Andrew A. Caffrey*
———————————————
Andrew A. Caffrey
Chairman

Schedule A

<u>Docket No. 539 -- In re Constitutional Litigation Involving the
Telacu-Affiliated Companies</u>

### DISTRICT OF THE DISTRICT OF COLUMBIA

<u>Telacu Investment Co., Inc. v. Small Business Administration</u>,
C.A. No. 82-3606

<u>The East Los Angeles Community Union v. Harvey R. Vieth</u>,
C.A. No. 82-3676

### CENTRAL DISTRICT OF CALIFORNIA

<u>United States of America v. Telacu Investment Co., Inc.</u>,
C.A. No. 82-6660-CBM(Kx)